IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                              Case No. 2:11-cr-20008-001 and 002

SHARON JEANNETTE HENNINGSEN; and
TIMOTHY SHAWN DONAVAN                                                              DEFENDANTS

## AMENDED FINAL ORDER OF FORFEITURE

On June 20, 2012, the Court entered a Preliminary Order of Forfeiture (Doc. 109) pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the Defendants being found guilty of one count of conspiracy to commit mail fraud and eighteen counts of mail fraud.

The United States was required to publish notice of the Preliminary Order of Forfeiture pursuant to Federal Rules of Criminal Procedure, Rule 32.2(b)(6) and 28 U.S.C. § 2461(c), incorporating by reference 21 U.S.C. 853(n)(1). From June 22, 2012 to July 21, 2012, notice of the Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Further, on June 3, 2012, third party Robert Ward received personal service of the Notice of Forfeiture (Doc. 110). The time expired for third parties to file a claim contesting this forfeiture and no claims were filed.

On October 15, 2012, a Final Order of Forfeiture was entered by the Court. (Doc 119). The real property is under contract dated April 3, 2013, to be sold by United States Marshal Service to a bona fide purchaser for value.

On April 11, 2013, the Government filed a Motion to Amend the Final Order of

Forfeiture. (Doc 126). The Government's Motion cited encumbrances of record that were caused to be placed upon the real property by Defendant Henningsen and her sister, Alys Dimmitt, as "Managing Director" of mortgagor "Ultratrend Sales Team." The Government's Motion advised the Court that the following encumbrances made the real property uninsurable by a title company:

- an $800,000 mortgage described as Document Number 2007005493, filed and recorded April 27, 2007, and Document Number 200700613, filed and recorded May 8, 2007, and filed and recorded July 5, 2007, as Document Number 2007008564 and;

- the "Voluntary General Lien" filed and recorded October 23, 2009, as Document Number 2009010630.

The real property known as 4018 Blue Hole Road, Rudy, Arkansas, is more particularly described as:

> Part of the Northwest Quarter of the Southwest Quarter of Section 28, Township 10 North, Range 31 West, Crawford County, Arkansas, being more particularly described as follows: Commencing at an existing stone marking the Northeast corner of the Northwest Quarter of the Southwest Quarter; thence along the North line of said Forty, North 85 degrees 42 minutes 46 seconds West, 75.00 feet; thence leaving said North line, South 06 degrees 53 minutes 36 seconds West, 33.45 feet to an existing rebar and the point of beginning; thence South 07 degrees 44 minutes 23 seconds West, 617.74 feet to an existing iron pin; thence North 86 degrees 05 minutes 38 seconds West, 1187.95 feet to an existing rebar on the West line of the Northwest Quarter of the Southwest Quarter; thence along the West line of said Forty, North 02 degrees 04 minutes 04 seconds East, 658.43 feet to an existing rebar marking the Northwest corner of the Northwest Quarter of the Southwest Quarter; thence along the North line of said Forty, South 85 degrees 42 minutes 46 seconds East, 255.00 feet to an existing rebar with cap; thence leaving said North line, South 82 degrees 23 minutes 53 seconds East, 130.87 feet to an existing rebar and a fence corner; thence South 76 degrees 18 minutes 53 seconds East, 304.50 feet to an existing rebar and a fence corner; thence South 88 degrees 08 minutes 03 seconds East, 565.06 feet to the point of beginning, according to Survey by Satterfield Land

Surveyors P.A., dated June 22, 2006, Job # 33, 531.  Subject to road rights-of-way and any easements of record.

The Court finds that the $800,000 mortgage described as document number 2007005493, 200700613, and/or 2007008564 and the "voluntary general lien" described as document number 2009010630 are fraudulent conveyances and are hereby declared null and void from the date the instruments were filed of record in the county records of Crawford County, Arkansas.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That the Quitclaim Deed of the real estate described herein filed of record in the Crawford County, Arkansas Land Records on September 9, 2008 at 2008009241, in which defendant Sharon Henningsen conveyed title to Robert Ward is set aside and declared void.

2. That the encumbrances filed of record in the Crawford County, Arkansas land records as Document Number 2007005493, filed and recorded April 27, 2007, and Document Number 200700613, filed and recorded May 8, 2007, and filed and recorded July 5, 2007, as Document Number 2007008564; and the "Voluntary General Lien" filed and recorded October 23, 2009, as Document Number 2009010630, are set aside and declared void.

3. That the real estate described herein is forfeited to the United States of America and shall be disposed of according to law.

IT IS SO ORDERED this 16th day of April, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE